448

587 A.2d 309

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Pedro TERREFORTE.**

Supreme Court of Pennsylvania.

Argued Jan. 18, 1991.

Decided March 20, 1991.

Ronald Eisenberg, Chief, Appeals Div., Gaele McLaughlin Barthold, Deputy Dist. Atty., Alan Sacks, for appellant.

Irene H. Cotton, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order of Superior Court reversed and case remanded to Superior Court to review the Rule 1100 claim.